Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address* | |
|---|---|
| Joshua Bruce Tsavadawa, DOB: XX/XX/1999,<br>Social Security Number: XXX-XX-XX05 | Case No. 22-MB-04325-PCT |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona.
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As set forth in Attachment B.

### The Affidavit of Special Agent Jenifer J. Mulhollen is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __September 11, 2022__ .
                                                                                              *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

__Any Magistrate Judge on duty in AZ__ .
          *(name)*
          ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*          ☐ for___ days *(not to exceed 30)*
                                                                  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____            Camille D. Bibles   Digitally signed by Camille D. Bibles
                                                                                Date: 2022.08.29 18:32:13 -07'00'
                                                                                        *Judge's signature*

City and State: Flagstaff, Arizona _____            Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                                                        *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.:<br>22-MB-04325-PCT | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

Executing officer's signature

Printed name and title

## ATTACHMENT A

### DESCRIPTION OF PERSON TO BE SEARCHED

Name: Joshua Bruce Tsavadawa

SSN: XXX-XXX-XX05

DOB: XX/XX/1999

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

Evidence in the form of deoxyribonucleic acid ("DNA") to be obtained from Joshua Bruce Tsavadawa through cotton/buccal swabs in the mouth.

FAX or Internet

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

Joshua Bruce Tsavadawa, DOB: )
XX/XX/1999, Social Security Number: )    Case No.   22-MB-04325-PCT
XXX-XX-XX95 )

### ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent Jenifer J. Mulhollen, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X evidence of a crime;

___ contraband, fruits of crime, or other items illegally possessed;

___ property designed for use, intended for use, or used in committing a crime;

___ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
18 U.S.C. 1153 and 2241(a)

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice ___ days (give exact ending date if more than 30 ___ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Alanna Kennedy *AK*.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____
*Applicant's Signature*

Executed on: August 29, 2022

Jenifer J. Mulhollen, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date/Time: _____

Date:

# Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2022.08.29 18:31:27 -07'00'

*Judge's Signature*

City and State:   Flagstaff, AZ

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

**ATTACHMENT A**

**DESCRIPTION OF PERSON TO BE SEARCHED**

Name: Joshua Bruce Tsavadawa

SSN: XXX-XX-XX05

DOB: XX/XX/1999

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

Evidence in the form of deoxyribonucleic acid ("DNA") to be obtained from Joshua Bruce Tsavadawa through cotton/buccal swabs in the mouth.

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Jenifer J. Mulhollen, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION

1. The facts of this case, as more fully detailed herein, in November 2018, within the confines of the District of Arizona, JOSHUA BRUCE TSAVADAWA ("JOSHUA"), Date of Birth: XX/XX/1999, Social Security number: XXX-XX-XX05, violated federal law by committing the act of Aggravated Sexual Abuse, in violation of Title 18, United States Code, U.S.C §§ 1153 and 2241(a).

2. I am requesting that the Court issue a search warrant to search for evidence in the form of deoxyribonucleic acid ("DNA") located in and on the body of JOSHUA, as set forth in Attachments A and B.

3. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Phoenix Division, Flagstaff Resident Agency, in Flagstaff, Arizona. I have been employed since February 2013. I received training at the Federal Bureau of Investigation Training Academy, and have experience including, but not limited to, investigating major crimes that occur on Indian reservations, and specifically the Hopi Indian Reservation, Indian Country, within the District of Arizona.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Because this affidavit is made for the limited purpose of establishing

probable cause, I have not listed every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of the violation of Title 18, United States Code, Sections 1153 and 2241(a), is located in and on the body of JOSHUA. Accordingly, this application requests authority to search JOSHUA as described in Attachment A, for evidence of this crime as described in Attachment B.

**PROBABLE CAUSE**

5.    On February 12, 2019, a Suspected Child Abuse Neglect (SCAN) was received by the Hopi Resource Enforcement Services (HRES) from the Winslow Resident Hall Home living Manager Calvin Chee. Chee reported he contacted T.F., the mother of Jane Doe 1 to discuss Jane Doe 1's behavior and absences. During the conversation, T.F. disclosed to Chee that Jane Doe 1 was raped in November of 2018 and became pregnant as a result. Jane Doe 1's date of birth is XX/XX/03, and she was 15 years old when she was raped.

6.    On or about March 8, 2019, Hopi Resource Enforcement Services Detective Evan Silas contacted SA Mulhollen about obtaining FBI assistance in investigating the sexual assault of Jane Doe 1.

7.    On July 16, 2019, Jane Doe 1 was forensically interviewed at the Safe Child Center in Flagstaff, Arizona. Jane Doe 1 explained that JOSHUA is related to Jane Doe 1's father. Jane Doe 1 lost contact with JOSHUA when she moved out of the village and JOSHUA also moved. Last year, there was a dance JOSHUA was helping with and he asked Jane Doe 1 to dance. Jane Doe 1 told JOSHUA she could not because she was dancing for her father.

8.    Jane Doe 1 communicated with JOSHUA on Facebook. Jane Doe 1 built up trust with JOSHUA. In November 2018, she was having a hard time and did not have anyone to talk to. Jane Doe 1 went home from school for Thanksgiving break.

2

9.    JOSHUA told Jane Doe 1 if she wanted to come over and talk, he would be there for her. Jane Doe 1 was "desperate for the help" and told him she would come. JOSHUA told Jane Doe 1 that the next morning they could go for a run, and she could talk to him. The next morning around 6:00 a.m., Jane Doe 1 left her house and met JOSHUA. They ran towards the cliff. Jane Doe 1 told JOSHUA what was going on and JOSHUA began to "comfort" Jane Doe 1.

10.   JOSHUA was staring at Jane Doe 1 and trying to move closer to her. Jane Doe 1 told JOSHUA it was getting late, and she had to go because two hours had passed, and her mother would be looking for her. Jane Doe 1 stood up and JOSHUA stood up. JOSHUA grabbed Jane Doe 1's arm and pulled her into him. JOSHUA hugged her in a way she could not get out of his arms. JOSHUA told Jane Doe 1 he wanted to talk "a little bit more." Jane Doe 1 agreed.

11.   A frame house was being built nearby and JOSHUA asked Jane Doe 1 if she wanted to go inside. JOSHUA walked Jane Doe 1 inside the house by holding her arm. They talked. Jane Doe 1 was seated on a window frame and JOSHUA put his arms on her thighs. JOSHUA then kissed Jane Doe 1 on her neck and face. Jane Doe 1 kicked JOSHUA, but JOSHUA was able to cross Jane Doe 1's legs and leaned up against her legs.

12.   JOSHUA continued to kiss Jane Doe 1 and she told him to stop and that "she could not do that. That it's not right and it's not something she should be doing, and she did not want to do that. And that she had to go." JOSHUA told Jane Doe 1 to stay, and he would walk her home after. Jane Doe 1 did not want to say anything to upset JOSHUA, so she sat there and he left her alone for a while.

13.   While seated on the window JOSHUA grabbed Jane Doe 1's hands, crossed them on her lap, and started kissing her neck. JOSHUA tried to kiss her chest, and then kissed her cheek and lips. While Jane Doe 1 was on the window frame, JOSHUA

3

took off her "trunks" and bra. JOSHUA took Jane Doe 1 to the boards and took off her shirt and pulled down her underwear. JOSHUA pulled down his pants and took off his tank top. Jane Doe 1 was lying on her back while on the boards. JOSHUA began to touch her breast and stomach, and then started kissing her neck and chest.

14.  Jane Doe 1 told JOSHUA to stop, but he covered up her mouth. JOSHUA started "going at it." Jane Doe 1 indicated JOSHUA did something to her vagina. Jane Doe 1 was asked what part of JOSHUA's body went into her vagina. Jane Doe 1 did not want to say the word but wrote "penis." Jane Doe 1 did not know if something came out of his penis. Jane Doe 1 reiterated she was on her back and JOSHUA's body was on top of hers. One of JOSHUA's hands was holding her hands (crossed) above her head. JOSHUA's other hand was over Jane Doe 1's mouth. JOSHUA did not say anything.

15.  After JOSHUA got off Jane Doe 1, he got dressed, went back towards Jane Doe 1, and put her clothes and phone beside her. Then JOSHUA kissed her again. JOSHUA came back to Jane Doe 1 and started to take off her clothes. Jane Doe 1 tried to push JOSHUA off and told him she had to go. Jane Doe 1 told JOSHUA she was going to call the police. JOSHUA got scared and took her phone. JOSHUA continued to do "what he was doing" and Jane Doe 1 was scared. Jane Doe 1 started crying and told JOSHUA to stop. Jane Doe 1 tried pushing JOSHUA off her. JOSHUA laid Jane Doe 1 down on a pile of boards. Jane Doe 1 tried to get up to put on her clothes, but JOSHUA laid on top of her and held her arms down.

16.  Jane Doe 1 cried out and told JOSHUA she was going to tell her mother when she got home. JOSHUA did not say anything. JOSHUA covered her mouth with his hand. JOSHUA "did what he wanted to do to please himself." Jane Doe 1 tried to scream. When JOSHUA was done, he got off Jane Doe 1 and got dressed. Jane Doe 1 was crying, and JOSHUA told Jane Doe 1 if she said anything "he would do

4

something."

17.   Jane Doe 1 did not say anything and just laid there. After JOSHUA got dressed, he
      went back to Jane Doe 1 and kissed her on the cheek. JOSHUA told Jane Doe 1 he
      wanted to see her again and then he left. Jane Doe 1 stayed in the house for a while
      thinking about what she should do. Jane Doe 1 thought about what JOSHUA said
      and decided not to say anything. Jane Doe 1 put her clothes on and ran home.

18.   Jane Doe 1's mother asked where she was, and Jane Doe 1 told her she ran into the
      canyon. Jane Doe 1's mother noticed the scrapes on Jane Doe 1's legs and arms.
      · Jane Doe 1 told her mother she fell. Jane Doe 1's little sister asked her what was
      wrong. Jane Doe 1 told her sister she was sick. Jane Doe 1's sister left her alone for
      the rest of the day. Jane Doe 1 did not talk to anyone about the incident with
      JOSHUA.

19.   After Thanksgiving break, Jane Doe 1 went back to school.  Initially, Jane Doe 1
      did not tell anyone what JOSHUA had done to her.

20.   JOSHUA sexual assaulted Jane Doe 1 within the confines of the Hopi Indian
      Reservation.  JOSHUA is an enrolled member of the Hopi Indian Tribe with a
      quantum of Indian blood, and his date of birth is XX/XX/99. Because JOSHUA's
      birthday is near the end of November, it is not clear whether he was 18 or 19 years
      old at the time he sexually assaulted Jane Doe 1.

21.   Jane Doe 1 injured her back and her mother took her to the hospital. Jane Doe 1 had
      to take a urine test. The doctor ordered X-rays to try to figure out what was wrong
      with Jane Doe. While in radiology, the doctor stopped the X-rays. The doctor
      informed Jane Doe 1 she was pregnant. The doctor asked Jane Doe 1 if she was
      sexually active. Jane Doe 1 wanted to tell the doctor no. Jane Doe 1 knew she did
      not have sex with anyone, and she knew "that had happened" and she did not want
      her mother to find out. Jane Doe 1 lied to the doctor and told him she was sexually

5

active. Jane Doe 1 did not want anyone to find out what happened.

22.    The doctor told Jane Doe 1 that she needed to come back for a pre-natal visit. Jane Doe 1 cried and put herself back together. Jane Doe 1 left the hospital with her mother and returned to school.

23.    Jane Doe 1 messaged JOSHUA and informed him she was pregnant.  JOSHUA responded that "it could not be his." Jane Doe 1 replied she knew the baby was his and she did not care if he "stepped up to what he did," but that she just wanted to let him know.

24.    After a couple of months, JOSHUA messaged Jane Doe 1 letting her know he wanted to be there for the baby if it was his. JOSHUA asked if Jane Doe 1 would get tested to see if it was his kid. JOSHUA blamed Jane Doe 1 for what happened.

25.    A few days later, JOSHUA messaged Jane Doe 1 asking if he could see her. Jane Doe 1 asked why, and JOSHUA responded that he needed to talk to her about what was going on. Jane Doe 1 was mad because JOSHUA already told her he did not want the kid.  JOSHUA messaged Jane Doe 1 again a few days later asking to see her. Jane Doe 1 asked why. JOSHUA said he wanted to work things out. JOSHUA started to "flirt" with Jane Doe 1. JOSHUA asked Jane Doe 1 if he could come to her house since her mother was not home, and that he wanted to see her in her running shorts again.

26.    Jane Doe 1 got mad and told JOSHUA she did not want to talk to him. JOSHUA told Jane Doe 1 he wanted to see her face to face. In June 2019, JOSHUA messaged Jane Doe 1 that he wanted to be a dad and be there to take care of his kid. JOSHUA got mad and asked about the DNA test again.

27.    All the messaging between Jane Doe 1 and JOSHUA was through Facebook, but Jane Doe 1 deleted the messages.

28.    On August 6, 2019, Special Agent King obtained consent from Jane Doe 1 to take

6

her DNA standard and the standard of the male child she had recently given birth to.

29. On January 22, 2020, SA Mulhollen attempted to locate JOSHUA for an interview. While trying to locate JOSHUA, SA Mulhollen learned he was incarcerated in the Navajo County jail on an unrelated matter, and that he had an appointed public defender.

30. SA Mulhollen obtained a search warrant, issued in the United States District Court for the District of Arizona, on July 15, 2020 for JOSHUA's DNA via buccal swabs (20-4128MB). SA Mulhollen attempted to execute the warrant several times before it expired on July 29, 2020. JOSHUA was not located, and on August 3, 2020, SA Mulhollen returned the search warrant to the court.

31. On March 22, 2022, your Affiant and FBI Special Agent Brian McGrew went to JOSHUA's last known address, a single trailer located 1/3 mile northwest of Highway 264 and Shungpavi Junction in Second Mesa, Arizona. Joshua's mother, Awina Kewanyama, informed Agents that Joshua was not home and she had not seen him in approximately one week. Awina did not have a phone number for Joshua, but stated he comes back to see his four children.

32. On August 29, 2022, your Affiant was notified by BIA SA Jamie Kootswatewa that Joshua Tsavadawa was arrested by the Hopi Police Department on outstanding tribal warrants and was booked at the Navajo County jail in Holbrook, Arizona.

33. A DNA standard from Joshua is needed to confirm or deny he is the biological father of Jane Doe 1's child. The FBI laboratory will perform the necessary direct forensic comparison to support this investigative upon receipt of a known DNA standard via buccal swab from JOSHUA.

**THINGS TO BE SEARCHED FOR AND SEIZED**

34. Accordingly, your affiant respectfully requests that a search warrant be issued

authorizing the search and seizure of DNA to be obtained from JOSHUA for the reasons stated above. Process of collection will be limited to the seizure of a DNA standard by the use buccal swabs. Method of collection will be oral, that is, by inserting the buccal swabs into JOSHUA's mouth for the purpose of collecting saliva and cheek cells.

## CONCLUSION

35.   Based on the information in this affidavit, your Affiant respectfully submits there is probable cause to believe that evidence described in **Attachment B** supporting an investigation related to violations of 18 U.S.C. §§ 1153 and 2241(a) will be discovered on TSAVADAWA described in **Attachment A**.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____

Special Agent Jenifer J. Mulhollen
Federal Bureau of Investigation

Subscribed and sworn to me telephonically on this _____ day of August, 2022.

Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2022.08.29 18:30:57 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

8