```
       ✓ FILED      ___ LODGED
       ___ RECEIVED ___ COPY

          SEP 0 8 2022

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

Joshua Bruce Tsavadawa, DOB: XX/XX/1999,
Social Security Number: XXX-XX-XX05

Case No. 22-MB-04325-PCT

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

**The Affidavit of Special Agent Jenifer J. Mulhollen is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   September 11, 2022
                                                          *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

  Any Magistrate Judge on duty in AZ   .
        *(name)*
☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)   ☐ for____ days *(not to exceed 30)*
                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____     **Camille D. Bibles** Digitally signed by Camille D. Bibles
                                                                        Date: 2022.08.29 18:32:13 -07'00'
                                                  _____
                                                          *Judge's signature*

City and State: Flagstaff, Arizona               Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                          *Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF PERSON TO BE SEARCHED

Name: Joshua Bruce Tsavadawa

SSN: XXX-XX-XX05

DOB: XX/XX/1999

## ATTACHMENT B
## ITEMS TO BE SEIZED

Evidence in the form of deoxyribonucleic acid ("DNA") to be obtained from Joshua Bruce Tsavadawa through cotton/buccal swabs in the mouth.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 22-MB-04325-PCT | Date and Time Warrant Executed: 8/29/22 @ 7:23 p.m. | Copy of warrant and inventory left with: Joshua Tsavadawa |
|---|---|---|

Inventory Made in the Presence of:

SA Brian McGrow

Inventory of the property taken and name of any person(s) seized:

(2) Buccal Swabs from Joshua Tsavadawa D.O.B: 11/23/99

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/30/22

Executing officer's signature

Jenifer J. Mulholland, FBI SA
Printed name and title